UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JOSEPH ANTHONY CHIMERA | ) | CASE NO. 19-11340 |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |

**AFFIDAVIT REGARDING SERVICE OF AMENDED PLAN**

I, Tommy S. Blalock, III, certify that service of the Amended Plan was made on January 24, 2020. by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Wheels Financial Group, LLC
DBA 1800 Loanmart
Attn: Officer/Managing Agent
15400 Sherman Way, Suite 170
Van Nuys, CA 91406

☐ Certified Mail Service on an Insured Depository Institution: By sending the Plan by certified mail addressed as set out below. A supplement to this Affidavit with proof of service will be filed at a later date.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: <u>January 24, 2020</u>      /s/ Tommy S. Blalock, III
                                  Tommy S. Blalock, III
                                  Attorney for Debtor
                                  620 Green Valley Road, Suite 209
                                  Greensboro, North Carolina 27408
                                  Telephone: (336) 274-2343
                                  N. C. State Bar No. 26467